UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: § CASE NO: 22-10181-B-13
ARMANDO CORTES §
§
DEBTOR § CHAPTER 13

## NOTICE OF ACH OR ELECTRONIC PAYMENT ADJUSTMENT

The Chapter 13 Trustee in this bankruptcy case provides this Notice of ACH or Electronic Payment Adjustment.

1. The Debtor must make monthly payments by electronic means to the Chapter 13 Trustee of $1,975.11.

2. This Notice is effective for all payments due after 2/28/2025.

3. All other terms of the Court's ACH or Electronic Payment Order remain effective.

February 14, 2025

/s/  Yvonne V. Valdez, Trustee

A copy of this Notice was mailed to the Debtor and the Debtor's counsel on February 14, 2025.

/s/ Connie Davis
Connie Davis, Trustee Assistant

#742